IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
HARRIS CLAIBORNE FRAZIER

CHAPTER 7  
CASE NO. 08-03051-EE

**BANCORPSOUTH BANK**    PLAINTIFF

VS.    ADVERSARY NO. 09-00072

**HARRIS CLAIBORNE FRAZIER**    DEFENDANT

### AGREED ORDER REGARDING BANCORPSOUTH BANK'S COMPLAINT OBJECTING TO DISCHARGEABILITY

**THIS MATTER** came on for the court's consideration on the Complaint Objecting to Dischargeability filed on behalf of BancorpSouth Bank (Docket No. 126). The Court being fully advised in the premises, does hereby find as follows:

1.    That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the indebtedness of $1,146,649.49, as of October 31, 2009, plus interest @ 8.5%, with a per diem of $170.20, owed by Harris Claiborne Frazier to Bancorpsouth Bank is hereby non-dischargeable and shall be paid in full by Harris Claiborne Frazier.

**SO ORDERED.**

*/s/ Edward Ellington*  
Edward Ellington  
United States Bankruptcy Judge  
Dated: December 1, 2009

APPROVED AS TO FORM AND CONTENT:

_____  
EILEEN N. SHAFFER  
Attorney for BancorpSouth Bank

_SEE ATTACHED_  
RONALD C. SMITH  
Attorney for Harris Claiborne Frazier

See attached signature  
UST, Ronald McAlpin

See attached signature  
Trustee, Derek Henderson

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
HARRIS CLAIBORNE FRAZIER

CHAPTER 7  
CASE NO. 08-03051-EE

BANCORPSOUTH BANK

PLAINTIFF

VS.

ADVERSARY NO. 09-00072

HARRIS CLAIBORNE FRAZIER

DEFENDANT

### AGREED ORDER REGARDING BANCORPSOUTH BANK'S COMPLAINT OBJECTING TO DISCHARGEABILITY

THIS MATTER came on for the court's consideration on the Complaint Objecting to Dischargeability filed on behalf of BancorpSouth Bank (Docket No. 126). The Court being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

IT IS HEREBY ORDERED that the indebtedness of $1,146,649.49, as of October 31, 2009, plus interest @ 8.5%, with a per diem of $170.20, owed by Harris Claiborne Frazier to Bancorpsouth Bank is hereby non-dischargeable and shall be paid in full by Harris Claiborne Frazier.

SO ORDERED.

APPROVED AS TO FORM AND CONTENT:

_____  
EILEEN N. SHAFFER  
Attorney for BancorpSouth Bank

_____  
RONALD C. SMITH  
Attorney for Harris Claiborne Frazier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                        CHAPTER 7
HARRIS CLAIBORNE FRAZIER                                 CASE NO. 08-03051-EE

BANCORPSOUTH BANK                                          PLAINTIFF

VS.                                                                                  ADVERSARY NO. 09-00072

HARRIS CLAIBORNE FRAZIER                                 DEFENDANT

### AGREED ORDER REGARDING BANCORPSOUTH BANK'S COMPLAINT OBJECTING TO DISCHARGEABILITY

THIS MATTER came on for the court's consideration on the Complaint Objecting to Dischargeability filed on behalf of BancorpSouth Bank (Docket No. 126). The Court being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

IT IS HEREBY ORDERED that the indebtedness of $1,146,649.49, as of October 31, 2009, plus interest @ 8.5%, with a per diem of $170.20, owed by Harris Claiborne Frazier to Bancorpsouth Bank is hereby non-dischargeable and shall be paid in full by Harris Claiborne Frazier.

SO ORDERED.

APPROVED AS TO FORM AND CONTENT:

EILEEN N. SHAFFER
Attorney for BancorpSouth Bank

R. MICHAEL BOLEN
U.S. Trustee

SEE SIGNATURE ATTACHED
RONALD C. SMITH
Attorney for Harris Claiborne Frazier

DEREK HENDERSON
Chapter 7 Trustee