IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| HARRIS CLAIBORNE FRAZIER | CASE NO. 08-03051-EE |

| | |
|---|---|
| BANCORPSOUTH BANK | PLAINTIFF |
| VS. | ADVERSARY NO. 09-00072 |
| HARRIS CLAIBORNE FRAZIER | DEFENDANT |

### FINAL JUDGMENT ON COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT

**THIS MATTER COMES** before the Court upon the Complaint Objecting to Dischargeability filed on behalf of BancorpSouth Bank. By separate Order, the Court has granted the Complaint.

**THEREFORE, IT IS ORDERED,** that this Final Judgement is hereby entered granting BancorpSouth Bank's Complaint Objecting to Dischargeability of Debt. All terms and provisions contained in the Court's Order are hereby incorporated.

**SO ORDERED.**

_Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: December 1, 2009

SUBMITTED BY:
EILEEN N. SHAFFER
Attorney for BancorpSouth Bank