IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| HARRIS CLAIBORNE FRAZIER | CASE NO. 08-03051-EE |
| | |
| BANCORPSOUTH BANK | PLAINTIFF |
| VS. | ADVERSARY NO. 09-00072 |
| HARRIS CLAIBORNE FRAZIER | DEFENDANT |

**AGREED ORDER REGARDING BANCORPSOUTH BANK'S
COMPLAINT OBJECTING TO DISCHARGE**

THIS MATTER came on for the court's consideration on the Complaint Objecting to Dischargeability and Discharge filed on behalf of BancorpSouth Bank (Docket No. 126). The Court being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

**IT IS HEREBY ORDERED** that the Objection to Discharge is hereby withdrawn.

**SO ORDERED.**

_/s/ Edward Ellington_
Edward Ellington
United States Bankruptcy Judge
Dated: January 5, 2010

APPROVED AS TO FORM AND CONTENT:

_____
EILEEN N. SHAFFER
Attorney for BancorpSouth Bank

_See attached_
R. MICHAEL BOLEN
U.S. Trustee

_____
RONALD C. SMITH
Attorney for Harris Claiborne Frazier

_____
DEREK HENDERSON
Chapter 7 Trustee

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| HARRIS CLAIBORNE FRAZIER | CASE NO. 08-03051-EE |

| | |
|---|---|
| BANCORPSOUTH BANK | PLAINTIFF |
| VS. | ADVERSARY NO. 09-00072 |
| HARRIS CLAIBORNE FRAZIER | DEFENDANT |

**AGREED ORDER REGARDING BANCORPSOUTH BANK'S
COMPLAINT OBJECTING TO DISCHARGE**

THIS MATTER came on for the court's consideration on the Complaint Objecting to Dischargeability and Discharge filed on behalf of BancorpSouth Bank (Docket No. 126). The Court being fully advised in the premises, does hereby find as follows:

1. That the Court has jurisdiction over this proceeding and the parties herein.

IT IS HEREBY ORDERED that the Objection to Discharge is hereby withdrawn.

SO ORDERED.

APPROVED AS TO FORM AND CONTENT:

EILEEN N. SHAFFER
Attorney for BancorpSouth Bank

R. MICHAEL BOLEN
U.S. Trustee

RONALD C. SMITH
Attorney for Harris Claiborne Frazier

DEREK HENDERSON
Chapter 7 Trustee